No. 68217.—Viking Importrade, Inc. *v.* United States, protests 63/8871 and 62/14914 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of Hibachis similar in all material respects to those the subject of Abstract 67238, the claim of the plaintiff was sustained.